# TESTING DOCUMENT